Decided February 21, 2012

### DONNA K. BARON, EXECUTRIX (ESTATE OF ANDREW E. BARON) *v.* GENLYTE THOMAS GROUP, LLC, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 132 Conn. App. 794 (AC 32636), is denied.

*Guy L. DePaul,* in support of the petition.

*Jason M. Dodge,* in opposition.

Decided February 21, 2012